**Motion Granted; Appeal Dismissed and Memorandum Opinion filed September 1, 2022.**



In The

# Fourteenth Court of Appeals

### NO. 14-22-00245-CV

## TEXAS CRANE REPAIR, INC., DANIEL REID, BILLY DEMPSEY, AND EDWARD RICE, Appellants

### V.

## CRANEWORKS, INC., Appellee

**On Appeal from the 295th District Court
Harris County, Texas
Trial Court Cause No. 2022-03866**

### MEMORANDUM OPINION

This is an appeal from an order signed March 15, 2022, granting a temporary injunction. On August 11, 2022, the parties filed a joint motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Jewell, Bourliot and Zimmerer.